IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> WOODBOLT DISTRIBUTION, LLC, also known as Cellucor; F.H.G. CORPORATION, d/b/a Integrity Nutraceuticals; VITAQUEST INTERNATIONAL, INC., d/b/a Garden State Nutritionals, <br><br> Defendants. | No. 4:11-cv-4511 |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMEMT**

Plaintiff Natural Alternatives International, Inc. ("NAI") has no parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: December 21, 2011                    Respectfully submitted,

/s/ Richard J. Oparil
Richard J. Oparil
S.D. Texas Bar No. 30422
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC  20037
(202) 457-6000
(202) 457-6315 (fax)
roparil@pattonboggs.com

Attorneys for Plaintiff
Natural Alternatives International, Inc.

Of Counsel:

Scott Chambers, Ph.D.
Kevin M. Bell
PATTON BOGGS LLP
8484 Westpark Drive, Ninth Floor
McLean, Virginia 22102
(703) 744-8000

Caroline Cook Maxwell
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
(214) 758-1500