# Exhibit #3

# First – Eighth Patents

