70901-07100

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., ) ) ) | |
| Plaintiff, ) | Civil Action No.: 4:11-cv-04511 |
| ) v. ) ) | |
| WOODBOLT DISTRIBUTION, LLC, ) also known as Cellucor; ) F.H.G. CORPORATION, ) d/b/a Integrity Nutraceuticals; ) VITAQUEST INTERNATIONAL, INC., ) d/b/a Garden State Nutritionals, ) ) | |
| Defendants. ) | |

## STIPULATION OF DEFENDANT WOODBOLT DISTRIBUTION, LLC AS TO ACCUSED PRODUCTS

Defendant Woodbolt Distribution, LLC, also known as Cellucor ("Woodbolt"), hereby stipulates to the following, in compliance with the Management Order dated July 23, 2012 (DI 49).

The Management Order directed Woodbolt to file a Stipulation by July 27, 2012 about:

(1) What it makes;

(2) How it makes it; and

(3) What it is sold or consumed for.

### WHAT IT MAKES

In response, Woodbolt stipulates that it sells the following accused products which include beta-alanine as one of many ingredients: C4 Extreme, M5 Extreme and NO Extreme.

70901-07100

HOW IT MAKES IT

The specific ingredients in these three products are indicated in the attached Exhibit 1, which are pages from Cellucor's website. Each ingredient for each of the three products, and the quantity of each ingredient, is specifically listed. Because these products are made by Woodbolt's contract manufacturers, Woodbolt does not have more specific information on how these products are made, such as the steps on how the ingredients are combined.

WHAT IT IS SOLD OR CONSUMED FOR

Woodbolt's C4 Extreme is used by athletes such as bodybuilders as a pre-workout intensifier. This product has many ingredients which each provide specific functions and benefits. More specific information on the specific functions and benefits may be found in the attached Exhibit 1.

Woodbolt's M5 Extreme is used by athletes such as bodybuilders as pre-workout muscle building supplement. This product has many ingredients which each provide specific functions and benefits. More specific information on the specific functions and benefits may be found in the attached Exhibit 1.

Woodbolt's NO Extreme is used by athletes such as bodybuilders as pre-workout supplement to enhance muscle definition and tone, increase endurance, maximize athletic performance and expedite recovery. This product has many ingredients which each provide specific functions and benefits. More specific information on the specific functions and benefits may be found in the attached Exhibit 1.

70901-07100

Respectfully submitted,

OF COUNSEL:

| | |
|---|---|
| Peter J. Phillips (pro hac vice pending) | *By:     /s/ Jayme Partridge* |
| Barry Evans (pro hac vice pending) | Jayme Partridge |
| Lindsay S. Adams | Texas Bar No. 17132060 |
| Lucas & Mercanti, LLP | Paul Dyson |
| 475 Park Avenue South, 15th Floor | Texas Bar No. 24059704 |
| New York, NY 10016 | FULBRIGHT & Jaworski, L.L.P. |
| (212) 661-8000 | 1301 McKinney, Suite 5100 |
| pphillips@lmiplaw.com | Houston, TX. 77010 |
| bevans@lmiplaw.com | Telephone: (713) 651-5151 |
| ladams@lmiplaw.com | Facsimile: (713) 651-5246 |
| | jpartridge@fulbright.com |
| Dated: July 27, 2012 | pdyson@fulbright.com |

*Attorneys for Defendant Woodbolt Distribution, LLC*

**CERTIFICATE OF SERVICE**

I certify that a true and complete copy of the *STIPULATION OF DEFENDANT WOODBOLT DISTRIBUTION, LLC AS TO ACCUSED PRODUCTS* was filed by ECF using this Court's filing system, which thereby constitutes service on all parties, on July 27, 2012.

            /s/Jayme Partridge