**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

|  |  |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 11-4511 ) ) |
| WOODBOLT DISTRIBUTION, LLC, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S CROSS-MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, plaintiff, Natural Alternatives International, Inc. ("NAI"), hereby respectfully moves for an order granting summary judgment that:

(1) Woodbolt has infringed one or more claims of U.S. Patent No. 8,067,381 ("the '381 patent"), including claims 1, 11 and 13;

(2) Woodbolt has infringed one or more claims of U.S. Patent No. 8,129,422 ("the '422 patent"), including claims 12, 14, 16, 17 and 19; and

(3) the claims of the patents-in-suit are not invalid.

Support for this motion is set forth in the accompanying memorandum. A proposed order is attached.

| | |
|---|---|
| Dated: August 18, 2012 | Respectfully submitted, |
| | |
| Richard J. Oparil | /s/ Richard J. Oparil |
| S.D. Texas Bar No. 30422 | Glenn A. Ballard, Jr. |
| Kevin M. Bell | State Bar No. 01650200 |
| Scott Chambers, Ph.D. | BRACEWELL & GUILIANI |
| Lacy Kolo, Ph.D. | South Tower Pennzoil Place |
| PATTON BOGGS LLP | 711 Louisiana, Suite 2300 |
| 2550 M Street, NW | (713) 223-2300 |
| Washington, DC 20037 | (713) 221-1212 (fax) |
| (202) 457-6000 | |
| roparil@pattonboggs.com | Caroline Cook Maxwell |
| | State Bar No. 24055341 |
| | S.D. Texas Bar No. 927197 |
| | PATTON BOGGS LLP |
| | 2000 McKinney Avenue, Suite 1700 |
| | Dallas, TX 75201 |
| | (214) 758-1500 |

*Attorneys for Plaintiff*
*Natural Alternatives International, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 18, 2012, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

      /s/ Richard J. Oparil
      Richard J. Oparil