IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> WOODBOLT DISTRIBUTION, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 11-4511 |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff Natural Alternatives International, Inc. ("NAI") hereby notifies the Court of supplemental authority in support of its Cross-Motion for Summary Judgment of Infringement by Defendant Woodbolt Distribution, LLC ("Woodbolt") and that the Patents-in-Suit are Not Invalid (Dkt. Nos. 62, 63) and Supplemental Motion for Summary Judgment of Patent Infringement by Woodbolt's Cor-Performance β-BCAA™ and Creatine Products (Dkt. No. 90).

Today, February 22, 2013, the U.S. Patent and Trademark Office issued a Notice of Allowance for Patent Application No. 13/356,182, a continuation of the asserted U.S. Patent No. 8,129,422. A copy of the Notice is attached as Exhibit 1 for the Court's convenience. The USPTO issued the Notice of Allowance over the same invalidity arguments Woodbolt has raised here. Also attached for the Court's convenience are the Information Disclosure Statement by Applicant (Exhibit 2) and Pre-Issuance Submission Pursuant to 37 C.F.R. 1.291 (Exhibit 3) submitted to the USPTO by Woodbolt.

Dated: February 22, 2013	Respectfully submitted,

/s/ Richard J. Oparil
Glenn A. Ballard, Jr.
State Bar No. 01650200
BRACEWELL & GUILIANI
South Tower Pennzoil Place
711 Louisiana, Suite 2300
(713) 223-2300
(713) 221-1212 (fax)

Richard J. Oparil
S.D. Texas Bar No. 30422
Kevin M. Bell
Scott Chambers, Ph.D.
Lacy Kolo, Ph.D.
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
roparil@pattonboggs.com

Caroline Cook Maxwell
State Bar No. 24055341
S.D. Texas Bar No. 927197
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
(214) 758-1500

*Attorneys for Plaintiff*
*Natural Alternatives International, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 22, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

                                       /s/ Richard J. Oparil
                                       Richard J. Oparil