**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**Houston Division**

_____

|  |  |  |
|---|---|---|
| NATURAL ALTERNATIVES | ) | |
| INTERNATIONAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 11-4511 |
| v. | ) | |
| | ) | |
| WOODBOLT DISTRIBUTION, LLC, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____

**NOTICE OF ADDITIONAL SUPPLEMENTAL AUTHORITY IN OPPOSITION TO**
**WOODBOLT'S MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF**
**PLAINTIFF'S CROSS MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Natural Alternatives International, Inc. ("NAI"), hereby submits the attached July 4, 2013, declaration of Dr. Frank Margolis (Exhibit "A") as Additional Supplemental Authority in Opposition to Woodbolt's Motion for Summary Judgment and in Support of Plaintiff's Cross Motion for Summary Judgment.

Dr. Margolis' declaration addresses new arguments raised by Woodbolt in its response to NAI's Statement Regarding Inventor's Research (Dkt. No. 110 at 7-8, Dkt. No. 118 at 4 and Dkt. No. 120 at 2).

/s/ Richard J. Oparil
Richard J. Oparil
S.D. Texas Bar No. 30422
Kevin M. Bell
Scott Chambers, Ph.D.
Lacy Kolo, Ph.D.
PATTON BOGGS LLP
2550 M Street, NW
Washington, DC 20037
(202) 457-6000
roparil@pattonboggs.com

Glenn A. Ballard, Jr.
State Bar No. 01650200
BRACEWELL & GUILIANI, LLP
South Tower Pennzoil Place
711 Louisiana, Suite 2300
(713) 223-2300
(713) 221-1212 (fax)

Caroline Cook Maxwell
State Bar No. 24055341
S.D. Texas Bar No. 927197
PATTON BOGGS LLP
2000 McKinney Avenue, Suite 1700
Dallas, TX 75201
(214) 758-1500

*Attorneys for Plaintiff*
*Natural Alternatives International, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2013, a copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

/s/ Richard J. Oparil
Richard J. Oparil

- 2 -