# Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | Lynn N. Hughes |
| CASE MANAGER | Glenda Hassan |
| LAW CLERK | ☐ Kaufman  ☑ Coleman  ☐ |
| DATE | July 8, 2013 |
| TIME | 3:05 p.m. — 4:15 p.m. |
| CIVIL ACTION | H — 11 — 4511 |
| STYLE | Natural Alternatives Int'l, Inc. *versus* Woodbolt Distribution LLC |

DOCKET ENTRY

☐ Conference;  ☑ Hearing;  _____ day  ☐ Bench  ☐ Jury Trial  (Rptr: Barron)

Glen Ballard; John Mckeague; for  ☑ Ptf. # ____  ☐ Deft. # ____
Richard April; Kevin Bell for  ☐ Ptf. # ____  ☐ Deft. # ____
_____ for  ☐ Ptf. # ____  ☐ Deft. # ____
Peter Phillips; Jayme Partridge for  ☐ Ptf. # ____  ☑ Deft. # ____

☐ All motions not expressly decided are denied without prejudice.
☐ **Evidence taken** [exhibits or testimony].
☐ Argument heard on:  ☐ all pending motions;  ☐ these topics: _____

☐ Motions taken under advisement: _____
☑ Order to be entered.
☐ Internal review set: _____
☐ Rulings orally rendered on: _____