| United States District Court | Southern District of Texas |
|---|---|

Natural Alternatives International, Inc., §
§
　　　　　Plaintiff, §
§
versus §　　　　Civil Action H-11-4511
§
Woodbolt Distribution, LLC, et al., §
§

## Management Order

1. By July 19, 2013, Woodbolt Distribution, LLC, must give Natural Alternatives International, Inc., sales data for each product.

2. By July 19, 2013, Natural Alternatives must give Woodbolt the claims in its tenth patent application.

3. The motion by Natural Alternatives for a preliminary injunction is denied. (DE 5, Civil Action 13-1742)

Signed on July 8, 2013, at Houston, Texas.

　　　　　　　　　　　　　　　Lynn N. Hughes
　　　　　　　　　　　　　United States District Judge