IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
Houston Division

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> WOODBOLT DISTRIBUTION, LLC *et al.,* <br><br> Defendants. | Civil Action No. 11-4511 |

## **NOTICE OF CHANGE OF LAW FIRM AFFILIATION**

Notice is hereby given that the undersigned is now affiliated with the law firm of Porzio, Bromberg & Newman, P.C., **effective September 1, 2014**, and the undersigned states as follows:

1. The undersigned previously was associated with the firm known as Squire Patton Boggs (US) LLP.

2. The undersigned have now become affiliated with Porzio, Bromberg & Newman, P.C.

3. New contact information for the firm and counsel is listed in the signature block below.

2837409

Dated: September 3, 2014  Respectfully submitted,

/s/ Caroline C. Maxwell
Richard J. Oparil
Kevin M. Bell
Scott A.M. Chambers, Ph.D.
Caroline Cook Maxwell
State Bar No. 24055341
S.D. Texas Bar No. 927197
PORZIO, BROMBERG & NEWMAN, P.C.
1200 New Hampshire Avenue NW
Suite 710
Washington, D.C. 20036-6802
Telephone: (202) 517-1888
Facsimile: (202) 517-6322

*Attorneys for Plaintiff*
*Natural Alternatives International, Inc.*

2837409

## **CERTIFICATE OF SERVICE**

    I hereby certify that on September 3, 2014, a copy of the forgoing was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

                                                 /s/ Caroline C. Maxwell
                                                 Caroline Cook Maxwell

2837409