| | | |
|---|---|---|
| United States District Court | | Southern District of Texas |

Natural Alternatives, Inc., §
§
    Plaintiff, §
§
versus §         Civil Action H-11-4511
§
Woodbolt Distribution, LLC, §
*also known as* Cellucor, *et al.*, §
§
    Defendants. §

## Order for Consolidated Complaint

1. Natural Alternatives, Inc., may file a consolidated complaint, designated as "Complaint of 2015," which incorporates its supplemental claims and succinctly refocuses – using plain English – the facts of its original claims. The complaint must be 24-pages or fewer.

2. To the extent that Natural Alternative thinks necessary, it may file a brief in support of the complaint. The brief must be 24-pages or fewer.

3. The defendants may respond. The response must be 24-pages or fewer.

Signed on February 9, 2015, at Houston, Texas.

                                                          Lynn N. Hughes
                                        United States District Judge