**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| NATURAL ALTERNATIVES INTERNATIONAL, INC., ) ) ) ) Plaintiff, ) v. ) ) ) WOODBOLT DISTRIBUTION, LLC, also known ) as Cellucor; F.H.G. CORPORATION d/b/a ) Integrity Pharmaceuticals; VITAQUEST ) INTERNATIONAL, INC. d/b/a Garden State ) Nutritionals; GNC CORPORATION; and ) BODYBUILDING.COM, LLC, ) ) Defendants. ) ) | Civil Action No.: 4:11-cv-04511 (Consolidated 4:12-cv-1388) (Consolidated 4:13-cv-1742) (Consolidated 4:13-cv-1834) |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
PURSUANT TO
<u>FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)</u>**

The parties, Plaintiff/Counterclaim Defendant Natural Alternatives International, Inc. ("NAI") and Defendants/Counterclaim Plaintiffs Woodbolt Distribution, LLC ("Woodbolt"), F.H.G. Corporation, ("F.H.G."), Vitaquest International, Inc. ("Vitaquest"), General Nutrition Corporation ("GNC") and Bodybuilding.com, LLC ("Bodybuilding"), hereby stipulate that the present action be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, in consideration of a negotiated settlement executed by them related to Woodbolt's Products. Each party will bear its own attorneys' fees and costs.

[*Signatures on following page*]

3348666
3352132

Date: March 17, 2016

By: /s/ Richard J. Oparil
Richard J. Oparil (S.D. Tex Bar No. 30422)
Kevin M. Bell
Caroline C. Maxwell (S.D. Tex Bar No. 30422)
Porzio, Bromberg & Newman, P.C.
1200 New Hampshire Avenue, NW
Washington, D.C. 20036-6802
Tel:  202-517-1888
Fax: 202-517-6322
rjoparil@pbnlaw.com

*Attorneys for Plaintiff and Counterclaim Defendant Natural Alternatives International, Inc.*

Date: March 17, 2016

By: /s/ Charles B. Walker, Jr.
Charles B. Walker, Jr. (S.D. Tex Bar No. 19307)
Layne E. Kruse
Norton Rose Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX 77010
Tel: 713-651-5151
charles.walker@nortonrosefulbright.com

Barry Evans (pro hac vice)
Peter J. Phillips (pro hac vice)
Lucas & Mercanti, LLP
30 Broad Street, 21st Floor
New York, NY 10004
Tel: 212-661-8000
bevans@lmiplaw.com

*Attorney for Defendants and Counterclaim Plaintiffs Woodbolt Distribution, LLC, General Nutrition Corporation and Bodybuilding.com, LLC*

/s/ David M. Kohane
David M. Kohane (pro hac vice)
Cole Schotz
25 Main Street
Hackensack, NJ 07601
*Attorney for Defendants and Counterclaim Plaintiffs Vitaquest International, Inc.*

/s/ John T. Polasek
C. Dale Quisenberry
John T. Polasek
Jeffrey Scott David
Polasek Quisenberry
6750 W. Loop South Ste 920
Bellaire, TX 77401

Mark D. Schneider
Gifford Krass
2701 Troy Center Dr. Ste 300
Troy MI 48007

*Attorney for Defendants and Counterclaim Plaintiffs F.H.G. Corporation*

3352132